Hall-Mark Realty Corporation, Respondent, v. Mary T. McGunnigle, Individually and as Widow and Executrix, etc., of Stephen A. McGunnigle,

Deceased, Appellant.— The decision of this court handed down on March 25, 1929, is hereby amended to read as follows: Judgment modified in accordance with order signed herewith, and as so modified affirmed, with costs. Opinion by Rich, J.█ Lazansky, P. J., Young and Scudder, JJ., concur; Hagarty, J., dissents and votes for reversal.